

**EXHIBIT 2**

8/20/2019

UPS Delivery Notification Number 1Z236FF316767518...

**EXHIBIT 2**

https://mail.google.com/mail/u/0/

8/20/2019