<vinesandhopps@gmail.com>

## Order #101772 confirmed
1 message

**TasteWineCo** <info@tastewineco.com>  Fri, Oct 16, 2020 at 2:02 PM
To: vinesandHopps@gmail.com



Thank you for placing your order with TasteWineCo!

Click here to download your PDF receipt

This email is to confirm your recent order.
Date 10/16/2020

**Shipping address**

Mason
Michigan 48854
United States

**Billing address**

Lansing
Michigan 48933
United States

 1x Ground Effect Wine Co Cabernet Sauvignon 2014 - Cabernet Sauvignon / 750ml / Red for $22.00 each

Subtotal : $22.00 USD

Shipping : $18.48 USD
Total : $40.48 USD

Taste Wine Co. 50 3rd Avenue, NYC - www.tastewineco.com

https://mail.google.com/mail/u/0?ik=7d183a8428&view=pt&search=all&permthid=threa...  10/16/2020

**EXHIBIT 3**