

EXHIBIT 4



**EXHIBIT 4**

**EXHIBIT 4**